AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| MARK A. MARKUSSEN, | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| | ) |
| STATE OF WASHINGTON, | |
| *Defendant* | |

Civil Action No.   4:14-cv-05013-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  the Complaint, ECF No. 6, is DISMISSED without prejudice for failure to state a claim upon which relief may be
granted.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision
was reached.

❑  decided by Judge _____ on a motion for

Date:  July 1, 2014 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Sheila Parpolia
_____
*(By) Deputy Clerk*

Sheila Parpolia
_____